UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 17-cr-00331 |
| VERSUS | JUDGE FOOTE |
| NANETTE HUNTSBERRY (01)<br>JABORI HUNTSBERRY (02) | MAGISTRATE JUDGE HANNA |

## ORDER

The motions to suppress, as adopted and amended (Rec. Docs. 33, 35, 47 and 69), filed by Nanette Huntsberry (01) and Jabori Huntsberry (02), were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed (Rec. Docs. 79, 80), this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 78) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motions to suppress, as adopted and amended (Rec. Docs. 33, 35, 47 and 69), filed by Nanette Huntsberry (01) and Jabori Huntsberry (02), are hereby **DENIED** consistent with the report and recommendation.

Signed at Shreveport, Louisiana, this 25th day of June, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE